HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAVERLY LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO. 22-CV-00747-RAJ<br><br>**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**<br><br>**Noted for Consideration: September 16, 2022**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Waverly Licensing LLC ("Waverly") files this Unopposed Motion to Stay All Deadlines and Notice of Settlement. Counsel for the parties have conferred and Valve Corporation ("Valve") does not oppose this motion to stay. The parties are working towards a settlement and require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed for sixty (60) days, through December 28, 2022.

DATED this 16th day of September, 2022.

By: s/ *Philip P. Mann*
Philip P. Mann, WSBA No. 28860
**MANN LAW GROUP PLLC**

UNOPPOSED MOTION TO STAY
22-cv-00747-RAJ

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Telephone: (206) 436-0900
email: phil@mannlawgroup.com

Together with:

Jimmy Chong
**CHONG LAW FIRM, PA**
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

**Attorneys for Plaintiff**

UNOPPOSED MOTION TO STAY
22-cv-00747-RAJ

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

# **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: September 16, 2022        /s/ *Philip P. Mann*

UNOPPOSED MOTION TO STAY
22-cv-00747-RAJ

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900