HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WAVERLY LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | CASE NO. 22-CV-00747-RAJ<br><br>**[PROPOSED] ORDER FOR MOTION TO STAL ALL DEADLNES AND NOTICE OF SETTLEMENT**<br><br>**JURY TRIAL DEMANDED** |

GOOD CAUSE APPEARING, it is hereby ordered that Motion to Stay All Deadlines and Notice of Settlement to December 28,2022.

_____
Hon. Ronald A. Jones

Presented by:

MANN LAW GROUP PLLC

Attorneys for Plaintiff
By:
/s/ Philip P. Mann
Philip P. Mann, WSBA #28860

PROPOSED ORDER MOTION TO STAY
22-cv-00747-RAJ

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA 98110
Phone: 206-436-0900

Mann Law Group PLLC
403 Madison Ave. N. Ste. 240
Bainbridge Island, WA 98110
(206) 436-0900
phil@mannlawgroup.com

PROPOSED ORDER MOTION TO STAY
22-cv-00747-RAJ

## **CERTIFICATE OF SERVICE**

1   I hereby certify on the date indicated below, I electronically filed the
2   foregoing with the Clerk of the Court using the CM/ECF system which will send
3   notification of such filing to all parties who have appeared in this matter.

4   DATED: September 16, 2022        /s/ *Philip P. Mann*

PROPOSED ORDER MOTION TO STAY
22-cv-00747-RAJ

MANN LAW GROUP PLLC
403 Madison Ave N. Suite 240
Bainbridge Island, WA  98110
Phone:  206-436-0900